1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LISA BELYEW,                                    No.  2:17-cv-0506-JAM-EFB P

12                      Plaintiff,

13          v.                                       FINDINGS AND RECOMMENDATIONS

14   BUTTE COUNTY JAIL MEDICAL
     STAFF,
15
                        Defendant.
16

17

18          Plaintiff is county inmate proceeding without counsel in an action brought under 42

19   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

20   U.S.C. § 636(b)(1).

21          On March 1, 2018, the court screened plaintiff's complaint pursuant to 28 U.S.C.

22   § 1915A.  The court dismissed the complaint, explained the deficiencies therein and granted

23   plaintiff thirty days in which file an amended complaint to cure the deficiencies.   ECF No. 13.

24   The order warned plaintiff that failure to comply would result a recommendation that this action

25   be dismissed.  The time for acting has passed and plaintiff has not filed an amended complaint, or

26   otherwise responded to the court's order.

27          A party's failure to comply with any order or with the Local Rules "may be grounds for

28   imposition by the Court of any and all sanctions authorized by statute or Rule or within the

                                                    1

1  inherent power of the Court." E.D. Cal. Local Rule 110.  The court may dismiss an action with or

2  without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik v.*

3  *Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

4  dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

5  complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

6  1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

7  regarding notice of change of address affirmed).

8       Accordingly, it is hereby RECOMMENDED that this action be DISMISSED without

9  prejudice.  Fed. R. Civ. P. 41(b); E. D. Cal. Local Rule 110.

10       These findings and recommendations are submitted to the United States District Judge

11  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

12  after being served with these findings and recommendations, any party may file written

13  objections with the court and serve a copy on all parties.  Such a document should be captioned

14  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

15  objections shall be served and filed within fourteen days after service of the objections.  The

16  parties are advised that failure to file objections within the specified time may waive the right to

17  appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

18  *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

19  Dated:  April 18, 2018.

20                 EDMUND F. BRENNAN

21                 UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28